UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 8 2012
EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                          )
                                                )
                                                )   Case No. 12 B 07282
    ACE FLOORING COMPANY, INC.,                 )
                                                )
                                                )   Chapter 11
            Debtor.                             )
                                                )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GOLAN & CHRISTIE LLP, ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $12,256.00 | TOTAL COSTS REQUESTED: | $1,198.20 |
| TOTAL FEES REDUCED: | $1,735.20 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $10,520.80 | TOTAL COSTS ALLOWED: | $1,198.20 |

**TOTAL FEES AND COSTS ALLOWED: $11,719.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(7)    Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: August 8, 2012

_____
Eugene R. Wedoff
United States Bankruptcy Judge

**GOLAN & CHRISTIE**

GOLAN & CHRISTIE LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4208
PHONE (312) 263-2300
FAX (312) 263-0939
GOLANCHRISTIE.COM

Ace Flooring Company
1024 Busse Highway
Park Ridge, Illinois 60068

BILLING ATTORNEY: ART

July 13, 2012
Matter #:    4509.002

Attention:  Sandu Ursache
CLIENT NUMBER:  4509
RE:  Ace Flooring Company Chapter 11

FOR PROFESSIONAL SERVICES RENDERED

| Task | Date | Services | Init | Hours | Amount |
|---|---|---|---|---|---|
| Administration | | | | | |
| ADM | 2/27/12 | ⑦ Complete gathering information and complete schedules and file. | RRB | 2.50 | 1,000.00 − $100.00 |
| ADM | 2/27/12 | Strategy conference with ADJ regarding initial motions. | BAB | 0.50 | 200.00 |
| ADM | 2/27/12 | Final review of schedules with L. Reuther prior to filing. | AJD | 0.20 | 48.00 |
| ADM | 2/27/12 | Email to opposing counsel re: Ace Flooring's filing of Ch 11 bankruptcy. | AJD | 0.10 | 24.00 |
| ADM | 2/27/12 | Draft notice of suggestion of bankruptcy to be filed with Cook County. | AJD | 0.50 | 120.00 |
| ADM | 2/28/12 | Court appearance for trial hearing to inform judge of bankruptcy filing. | AJD | 0.50 | 120.00 |
| ADM | 3/05/12 | Draft Motion to Retain counsel and affidavits in support. | RRB | 1.30 | 520.00 |
| ADM | 3/06/12 | Conference with client to review OIRR. | RRB | 1.00 | 400.00 |
| ADM | 3/06/12 | Draft Motion to set bar dates. | RRB | 1.00 | 400.00 |
| ADM | 3/06/12 | Conference with client for OIRR review. | RRB | 1.00 | 400.00 |
| ADM | 3/06/12 | Assemble wages and draft Emergency Motion regarding wages. | RRB | 1.50 | 600.00 |
| ADM | 3/06/12 | Meeting with Alex and Annie re: OIRR Reports | AJD | 1.20 | 288.00 |

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| ADM | 3/13/12 | Call from K.Gleason (UST) regarding Emergency Motion re Wages. | RRB | 0.20 | 80.00 |
| ADM | 3/14/12 | Teleconference with Annie Ursache to explain the outcome of today's hearing on the motion to pay pre-petition wages. | AJD | 0.20 | 48.00 |
| ADM | 3/14/12 | Court appearance on emergency motion for leave to pay pre-petition wages. | AJD | 0.70 | 168.00 |
| ADM | 3/15/12 | Meet with Sandu Ursache and attend IDI meeting. | AJD | 1.50 | 360.00  − $36.00 |
| ADM | 4/03/12 | Meeting with Alex Ursache and attend 341 meeting. | AJD | 1.00 | 240.00 |
| ADM | 4/04/12 | Court appearance on general status and to set dates for filing plan and disclosure statement and set status. | RRB | 0.50 | 240.00 |
| ADM | 4/11/12 | Attend portion of meeting with Annie Ursache re: preparing operating report. | AJD | 0.30 | 72.00 |
| ADM | 4/18/12 | Review March monthly report and notes to client. | RRB | 0.40 | 160.00 |
| ADM | 4/19/12 | Teleconference with Steve of J&R Adjustments inquiring as to the assets of Ace Flooring. | AJD | 0.10 | 24.00 |
| ADM | 4/25/12 | Review of second draft of March monthly report and notes to client for revisions. | RRB | 0.30 | 120.00 |
| ADM | 6/03/12 | Review claims docket and e-mail exchange with RRB regarding the same. | BAB | 0.60 | 240.00 |
| ADM | 6/04/12 | Teleconference with the debtor re claims and whether or not objections should be filed and discussing revisions to monthly reports. | AJD | 0.40 | 96.00 |
| ADM | 6/11/12 | Review and approve for filing April monthly report and 1st Quarter Report. | RRB | 0.50 | 200.00 |
| ADM | 6/22/12 | Work on monthly operating summations, liquidation analysis and plan statement. | AJD | 2.50 | 600.00 |

## FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 0.50 | 480.00 | 240.00 |
| Robert R. Benjamin | 9.70 | 400.00 | 3,880.00 |
| Beverly A. Berneman | 1.10 | 400.00 | 440.00 |
| Anthony J. D'Agostino | 9.20 | 240.00 | 2,208.00 |
| Total | 20.50 | | $6,768.00 |

Financing

| | | | | | |
|---|---|---|---|---|---|
| FIN | 2/28/12 | Review budget with client and adjust. | RRB | 0.50 | 200.00 |

**Exhibit A**

| | | | | | |
|---|---|---|---|---|---|
| FIN | 2/28/12 | Draft Emergency Motion for Use of Cash Collateral, Proposed Order, 9011 Certificate. | RRB | 2.00 | 800.00 |
| FIN | 2/28/12 | Review and revise motion for use of cash collateral. | AJD | 0.20 | 48.00 |
| FIN | 3/05/12 | Call from W.Sarrettella regarding use of cash collateral. | RRB | 0.20 | 80.00 |
| FIN | 3/05/12 | Revise draft Order for use of cash collateral. | RRB | 0.30 | 120.00 |
| FIN | 3/05/12 | Office conference with B. Benjamin discussing strategy for tomorrow's hearing. | AJD | 0.10 | 24.00 |
| FIN | 3/05/12 | Revisions to cash collateral order. | AJD | 0.10 | 24.00 |
| FIN | 3/06/12 | Meet with Alex Ursache prior to hearing on our emergency motion for use of cash collateral and attend hearing on our motion for use of cash collateral. | AJD | 0.70 | 168.00 −$16.80 |
| FIN | 3/20/12 | Revisions to proposed final cash collateral order. | AJD | 0.20 | 48.00 |
| FIN | 3/20/12 | Email exchanges with counsel for ColeTaylor re: proposed final order for use of cash collateral and attempts to resolve dispute over certain language. | AJD | 0.40 | 96.00 |
| FIN | 3/21/12 | Conference with S.U. to prepare for evidentiary hearing for use of cash collateral. | RRB | 0.50 | 200.00 |
| FIN | 3/21/12 | Court appearance on Final Hearing on Use of Cash Collateral. | RRB | 0.80 | 384.00 |
| FIN | 5/23/12 | Review cash collateral motion in light of counsel for bank's request; teleconference with counsel for the bank re: production of the same. | AJD | 0.30 | 72.00 −$7.20 |
| FIN | 6/04/12 | Email exchange with counsel for Cole Taylor re: production of documents. | AJD | 0.20 | 48.00 |
| FIN | 6/04/12 | Email exchange with Annie confirming that no objections will be filed. | AJD | 0.10 | 24.00 |

### FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|---|---|---|---|
| Robert R. Benjamin | 0.80 | 480.00 | 384.00 |
| Robert R. Benjamin | 3.50 | 400.00 | 1,400.00 |
| Anthony J. D'Agostino | 2.30 | 240.00 | 552.00 |
| Total | 6.60 | | $2,336.00 |

**Exhibit A**



GOLAN & CHRISTIE

GOLAN & CHRISTIE LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GOLANCHRISTIE.COM

Ace Flooring Company
1024 Busse Highway
Park Ridge, Illinois  60068

BILLING ATTORNEY:   Art

July 16, 2012
Matter #:   4509.002

CLIENT NUMBER:  4509
RE:   Ace Flooring Chapter 11 Bankruptcy

FOR PROFESSIONAL SERVICES RENDERED

| Task | Date | Services | Init | Hours | Amount |
|------|------|----------|------|-------|--------|
| Fee | 07/11/12 | Begin drafting first interim fee petition. | RRB | 2.00 | 800.00 |
| Fee | 07/13/12 | Continue drafting first interim fee petition. | RRB | 1.50 | 600.00 |
| Fee | 07/16/12 | Edit and continue drafting first interim fee petition. | BAB | 1.30 | 520.00 |
| Fee | 07/16/12 | Final revisions on first interim fee petition. | RRB | 0.50 | 200.00 |

TOTAL HOURS:  5.30
TOTAL Fees:  $2,120.00

TIME SUMMARY BY TASK

| Task Code | Description | Effective Rate | Invoice Hours | Totals |
|-----------|-------------|----------------|---------------|--------|
| FEE | Fee Petition | $400.00 | 5.30 | $2,120.00 |

FEES SUMMARY BY TIMEKEEPER

| Name | Hours | Rates | Total |
|------|-------|-------|-------|
| Robert R. Benjamin | 4.00 | $400.00 | $1,600.00 |
| Beverly A. Berneman | 1.30 | $400.00 | $520.00 |
| Total | 5.30 | | $2,120.00 |

*[handwritten annotations:]*
Hours req'd in main case: $11,056
Less deductions - $160.00
= $10,896
② Allowed portion for fee application: 5% or $544.80

− $1,575.20
$544.80

INVOICE TOTAL:  $2,120.00

**Exhibit B**