**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | **In Chapter 11** |
| | ) | **Case No.  12 B 07282** |
| **ACE FLOORING COMPANY, INC.,** | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: December 26, 2012 |
| Debtor. | ) | Motion Time: 10:00 a.m. |

**NOTICE OF MOTION**

TO:    See Attached Service List

      PLEASE TAKE NOTICE THAT on December 26, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you. You may appear if you so see fit.

                                                     GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

    I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of an Order of Discharge and Final Decree were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on December 17, 2012.

                                        /s/*Robert R. Benjamin*
                                              Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

**SERVICE LIST**

| | |
|---|---|
| Patrick S. Layng | Internal Revenue Service |
| United States Trustee | Mail Stop 5010 CHI |
| 219 S. Dearborn, #873 | 230 S. Dearborn St |

{00146282.DOC /}

Chicago, IL 60604
Via CM/ECF

Chicago, IL 60604
Via Regular US Mail

Associate Area Counsel, SB/SE
200 West Adams Street, Suite 2300
Chicago, IL 60606
Via Regular US Mail

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Via Regular US Mail

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55, Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)
Via Regular US Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via Regular US Mail

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
Via Regular US Mail

Advanta Credit Cards
P.O. Box 5657
Hicksville, NY 11802
Via Regular US Mail

American Express
P.O. Box 0001
Los Angeles, CA 90096-0001
Via Regular US Mail

BP
P.O. Box 923928
Norcross, GA 30010
Via Regular US Mail

Dell Commercial Credit
Dept 50- 0022627676
P.O. Box 689020
Des Moines, IA 50368-9020
Via Regular US Mail

D&J Accounting & Tax Services, Ltd.
4950 N. Harlem Ave.
Harwood Heights, IL 60706
Via Regular US Mail

Home Depot Credit Services
Department 32- 2003465436
P.O. Box 183175
Columbus, OH 43218-3175
Via Regular US Mail

Deluxe for Business
PO Box 742572
Cincinnati, OH 45274
Via Regular US Mail

R.H. Donnelley, Inc.
c/o Jack H. Rottner
PO Box 10417
Chicago, IL 60610
Via Regular US Mail

Merle B. Smith Company, Inc.
161 Tower Dr., Unit 1
Burr Ridge, IL 60527
Via Regular US Mail

Sprint
PO Box 8077

US Bank
PO Box 790179

{00146282.DOC /}

| | |
|---|---|
| London, KY 40742 | Saint Louis, MO 63179 |
| Via Regular US Mail | Via Regular US Mail |
| | |
| Wells Fargo | Cole Taylor Bank |
| PO Box 29746 | c/o Brianna M Sansone |
| MAC #S4018-015 | Aronberg Goldgehn Davis & Garmisa |
| Phoenix, AZ 85038 | 330 N. Wabash Avenue, Suite 1700 |
| Via Regular US Mail | Chicago, IL 60611 |
| | Via CM/ECF |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

{00146282.DOC /}

**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 12 B 07282** |
| **ACE FLOORING COMPANY, INC.,** | ) | **Honorable Eugene R. Wedoff** |
| | ) | **Motion Date: December 26, 2012** |
| **Debtor.** | ) | **Motion Time: 10:00 a.m.** |

## MOTION FOR ENTRY OF A FINAL DECREE ORDER

Debtor, ACE FLOORING COMPANY, INC., ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On February 27, 2012, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. Debtor is a sales and installation company of floor coverings.

3. On September 4, 2012, this Court entered an order confirming Amended Plan of Reorganization Dated July 16, 2012 which provides for a distribution of 30% *pro rata* to unsecured creditors.

4. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion.

5. There are no further matters for this Court to administrate.

WHEREFORE, Debtor, ACE FLOORING COMPANY, INC., prays as follows:

{00146282.DOC /}

    A.    That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

    ACE FLOORING COMPANY, INC.,

/s/ *Robert R. Benjamin*
    Robert R. Benjamin
    One of his attorneys

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony J. D'Agostino (ARDC # 6299589)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

{00146282.DOC /}