UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:     12-07282 |
| | ) | |
| ACE FLOORING COMPANY, INC., | ) | Chapter:  11 |
| | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER OF FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, ACE FLOORING COMPANY, INC., for entry of an order of final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On February 27, 2012, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

3. On September 4, 2012, this Court entered an order confirming Amended Plan of Reorganization Dated July 16, 2012 which provides for a distribution of 30% pro rata to unsecured creditors. ed creditors.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

The estate is closed.

Enter:

United States Bankruptcy Judge

Dated: 12/27/12

**Prepared by:**
GOLAN & CHRISTIE LLP
Attorneys for the Debtor
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
(312)263-2300

Rev: 20120501_bko